# Court of Appeals
# of the State of Georgia

ATLANTA,  December 17, 2021

*The Court of Appeals hereby passes the following order:*

**A22E0023. VANTAGE CANCER CENTERS OF GEORGIA, LLC et al. v. GEORGIA DEPARTMENT OF COMMUNITY HEALTH et al.**

Applicants' Emergency Motion for an Extension of Time to File an Application for Discretionary Appeal is **GRANTED**. Applicants shall have through and including January 11, 2022, to file their Application for Discretionary Appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/17/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*